IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LOUANN KOVACS,

          Appellant,

 v.

Case No.  5D22-418
LT Case Nos. 2020-301598-CFDB
            2020-301669-CFDB
            2020-301597-CFDB
            2020-303184-CFDB
            2020-303086-CFDB

STATE OF FLORIDA,

          Appellee.
_____/

Decision filed November 8, 2022

Appeal from the Circuit Court
for Volusia County,
Raul A. Zambrano, Judge.

Aubrey Webb, of Law Offices of Aubrey
Webb, P.A., Coral Gables, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Bonnie Jean Parrish,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

          AFFIRMED.


LAMBERT, C.J., EVANDER, and EDWARDS, JJ., concur.